UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-

    DESIDERIO MARTE VARGAS,
                                  Defendant.
------------------------------------------------------------ X

23 Cr. 428 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Desiderio Marte Vargas' sentencing hearing will be held on **December 5, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **November 13, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **November 16, 2023.**

Dated: August 21, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**