UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA,          :

                                                             :          23 Cr. 428 (LGS)

                -v-                         :

                                                              :          **ORDER**

DESIDERIO MARTE VARGAS,            :

                                   Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with Desiderio Marte Vargas' consent, his guilty plea allocution was taken before Magistrate Judge Katharine H. Parker on August 18, 2023;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
            August 21, 2023

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE