# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2023

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application Granted. Defendant's sentencing submission shall be filed by **November 16, 2023**. The Government's sentencing submission shall be filed by **November 21, 2023**. The Clerk of the Court is directed to terminate the letter motion at docket number 20.
>
> Dated: November 13, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re:   **United States v. Desiderio Marte Vargas**
      **23 Cr. 428 (LGS)**

Dear Judge Schofield:

    I write to respectfully request a slight three-business-day adjustment of the filing deadlines for the parties' respective sentencing submissions in the above-captioned case. The government consents to this application. Sentencing is scheduled for December 5, 2023, at 11:00 a.m. On November 7, 2023, the final pre-sentence report was published. The defendant's pre-sentencing submission is currently due today, November 13, 2023, and the government's submission is currently due Thursday, November 16, 2023.

    I require the assistance of a Spanish interpreter to communicate with Mr. Vargas, and have not yet been able to review the final PSR with him as of today, November 13, 2023. In addition, I require a brief extension of time to finish translating (from Spanish to English) letters of support relevant to the Court's application of the 18 U.S.C. § 3553(a) factors to Mr. Vargas. Accordingly, I respectfully request that the Court extend the time for the defendant to file his pre-sentencing submission from today, November 13, 2023, to Thursday, November 16, 2023, and commensurately extend the government's filing deadline to Tuesday, November 21, 2023. I thank the Court for its consideration of this consent application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

cc: AUSA Brandon Thompson